NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| SEAN C. MARTINEZ, | : | |
| | : | Civil Action No. 22-4804 (CCC) (JBC) |
| Plaintiff, | : | |
| | : | |
| v. | : | **MEMORANDUM AND ORDER** |
| | : | |
| HUDSON COUNTY JAIL AND REHABILITATION CENTER, et al., | : | |
| | : | |
| Defendants. | : | |

**CECCHI, District Judge.**

*Pro se* Plaintiff Sean C. Martinez, an inmate at Hudson County Correctional Center, seeks to commence a civil rights action pursuant to 42 U.S.C. § 1983. However, Plaintiff has not paid the fee to file a civil complaint (the entire fee is $402, which includes a $350 filing fee and a $52 administrative fee). Nor has Plaintiff filed an application to proceed *in forma pauperis* ("IFP"), which requires an affidavit demonstrating an inability to pay the fee accompanied by a certified copy of his inmate trust fund account statement for the six-month period immediately preceding the filing of his complaint. *See* 28 U.S.C. § 1915(a). Accordingly,

**IT IS**, therefore, on this 3rd day of August, 2022,

**ORDERED** that the Clerk of Court shall administratively terminate this action; and it is further

**ORDERED** that any request to reopen this action shall include either the appropriate filing fee or a completed IFP application accompanied by a certified account statement; and it is finally

**ORDERED** that the Clerk of the Court shall serve a copy of this Order and a copy of said IFP application upon Plaintiff by regular U.S. mail.

s/ Claire C. Cecchi
_____
**Claire C. Cecchi, U.S.D.J.**
